| | |
|---|---|
| 1 | WHATLEY DRAKE & KALLAS LLC |
| | Joe R. Whatley, Jr. |
| 2 | jwhatley@wdklaw.com |
| | Edith M. Kallas |
| 3 | ekallas@wdklaw.com |
| | 1540 Broadway, 37th Floor |
| 4 | New York, NY 10036 |
| | Tel: (212) 447-7070 |
| 5 | Fax: (212) 447-7077 |
| 6 | Adam Plant |
| | aplant@wdklaw.com |
| 7 | 2001 Park Place North, Suite 1000 |
| | Birmingham, AL 35203 |
| 8 | Tel: (205) 328-9576 |
| | Fax: (205) 328-0669 |
| 9 | |
| | Attorney for Plaintiff AARON WALTERS and |
| 10 | Interim Lead Class Counsel |
| 11 | [Additional counsel appear on signature pages] |

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
11/23/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re Apple iPhone 3G Products Liability Litigation | CASE NO. M 09-02045 JW |
| | **CLASS ACTION** |
| THIS DOCUMENT PERTAINS TO: | **NOTICE OF VOLUNTARY DISMISSAL OF *DICKERSON v. APPLE COMPUTER INC., et al.,* CASE NO. 5:09-03577-JW** |
| *Dickerson v. Apple Computer Inc., et al.,* 5:09-03577-JW | |
| | **Date:** N/A |
| | **Time:** N/A |
| | **Judge:**     Hon. James Ware |

NOTICE OF VOLUNTARY DISMISSAL                                         CASE NO.: M 09-02045 JW

PLEASE TAKE NOTICE that the above identified matter (*Dickerson v. Apple Computer Inc., et al.*, Case No. 5:09-03577-JW) is hereby dismissed without prejudice as to Plaintiff Damone Dickerson in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

DATED:  November 18, 2009

Respectfully Submitted,

Counsel for Plaintiff Damone Dickerson:

CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN

By:   S/James E. Cecchi
          James E. Cecchi
          jcecchi@carellabyrne.com
      Melissa E. Flax
      mflax@carellabyrne.com
      5 Becker Farm Road
      Roseland, NJ 07068
      Tel: (973) 994-1700 / Fax: (973) 994-1744

I, Alan M. Mansfield, am the ECF user whose ID and password are being used to file this Notice of Voluntary Dismissal.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/S) within this e-filed document.

By:   S/Alan M. Mansfield
          Alan M. Mansfield