IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Damone Dickerson, | NO. C 09-03577 JW |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | |
| Apple Computer, Inc., et al., | |
| Defendants. | |

On November 23, 2009, the Court issued an order dismissing this case. (See Docket Item No. 31.) Accordingly, in light of that order, the Court ORDERS that this case be closed.

The Clerk shall immediately close this file.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander Granovsky Agranovsky@crowell.com
Hoechin Kim hkim@sillscummis.com
JEFFREY J. GREENBAUM jgreenbaum@sillscummis.com
James E. Cecchi jcecchi@carellabyrne.com
Lindsey H. Taylor ltaylor@carellabyrne.com
STUART MARK FEINBLATT sfeinblatt@sillscummis.com

**Dated:  August 27, 2012**               **Richard W. Wieking, Clerk**

                                            **By:      /s/ JW Chambers**
                                                     **William Noble**
                                                     **Courtroom Deputy**

United States District Court
For the Northern District of California